■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY L. DRAKE, Appellant. (Appeal No. 2.) [29 NYS3d 204]— Appeal from a resentence of the Livingston County Court (Dennis S. Cohen, J.), rendered September 9, 2010. Defendant was resentenced upon his conviction of incest in the third degree (two counts).

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in People v Drake ([appeal No. 1] 138 AD3d 1396 [2016]). Present—Whalen, P.J., Smith, Carni, NeMoyer and Curran, JJ.